# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| JUNA EMMA FLORES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 7:19-cv-00865-KOB-HNJ |
| ) | |
| PATRICIA A. BRADLEY, Warden, ) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

On June 7, 2019, the court entered an Order for the respondent to show cause why the relief requested by petitioner should not be granted. (Doc. 2). The copy of that Order mailed to the petitioner at the address provided by her was returned to the court marked "Return to Sender" and "No longer here." (Doc. 3). A review of the Federal Bureau of Prisons Inmate Locator website revealed the petitioner had been transferred to FMC Carswell, in Fort Worth, Texas. The court therefore resent the Order of June 7, 2019, to the petitioner at this updated address and ordered the petitioner to confirm, within fourteen (14) days, that the above address is, in fact, her correct mailing address and that she wished to continue prosecuting this action. (Doc. 4). The petitioner was further notified that the failure to comply could result in the dismissal of her petition.

The specified time period has elapsed and the petitioner has failed to comply with the Order of June 18, 2019, or otherwise respond to the court. The undersigned

construes the petitioner's lack of response as a tacit admission she does not wish to continue prosecuting this action.

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** due to the petitioner's tacit acknowledgment that she does not wish to continue prosecuting this action.

## NOTICE OF RIGHT TO OBJECT

The plaintiff may file specific written objections to this report and recommendation. The plaintiff must file any objections with the Clerk of Court within fourteen (14) calendar days from the date the report and recommendation is entered. Objections should specifically identify all findings of fact and recommendations to which objection is made and the specific basis for objecting. Objections also should specifically identify all claims contained in the complaint that the report and recommendation fails to address. Objections should not contain new allegations, present additional evidence, or repeat legal arguments.

Failing to object to factual and legal conclusions contained in the magistrate judge's findings or recommendations waives the right to challenge on appeal those same conclusions adopted in the district court's order. In the absence of a proper objection, however, the court may review on appeal for plain error the unobjected to factual and legal conclusions if necessary in the interests of justice. 11th Cir. R. 3-1.

Upon receipt of objections, a United States District Judge will review *de novo* those portions of the report and recommendation to which specific objection is made

and may accept, reject, or modify in whole or in part, the undersigned's findings of fact and recommendations. The district judge also may refer this action back to the undersigned with instructions for further proceedings.

The plaintiff may not appeal the magistrate judge's report and recommendation directly to the United States Court of Appeals for the Eleventh Circuit. The plaintiff may only appeal from a final judgment entered by a district judge.

**DONE** this 15th day of July, 2019.

/s/ H. Johnson, Jr.
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE