# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| JUNA EMMA FLORES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:19-cv-00865-KOB-HNJ |
| ) | |
| PATRICIA A. BRADLEY, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL

On June 7, 2019, the magistrate judge ordered the respondent to show cause why the relief requested by the petitioner should not be granted. (Doc. 2). The copy of that Order served on the petitioner at the address provided by her was returned to the court marked "No longer here." (Doc. 3). Therefore, the court located the petitioner at FMC Carswell, in Fort Worth, Texas, and on June 18, 2019, ordered the petitioner to notify the court within fourteen days that FMC Carswell was her correct address and that she wished to continue prosecuting this action. (Doc. 4).

When that time expired and the petitioner failed to comply with that Order, or otherwise respond to the court, the magistrate judge entered a report and recommendation that this action be dismissed due to the petitioner's tacit acknowledgement that she did not wish to continue to prosecute this action.

(Doc. 6). Although the petitioner was advised of her right to file specific written objections within fourteen days, she filed no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Accordingly, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** because of the petitioner's failure to prosecute.

The respondent's motion to dismiss (doc. 5), based on the merits of the petitioner's claim under the First Step Act, is found to be **MOOT**.

DONE and ORDERD this 18th day of August, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE

**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith   In Replying Give Number
Clerk of Court   of Case and Names of Parties

# NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that <u>all</u> prisoners pay the Court's $500.00 docket fee plus $5.00 filing fee (for a total of $505.00) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1) Pay the total $505.00 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $505.00 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10.00. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505.00 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505.00 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505.00 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice